Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Federal National Mortgage Association ("Fannie Mae")
L&A Case No. 17.69368.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| In re: | Bankruptcy No. 17-29673 WTT |
|---|---|
| Russell Carter Feller and Janell Kaye Feller, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates enters an appearance on behalf of Federal National Mortgage Association ("Fannie Mae") ("Creditor"), a secured creditor in the above-referenced bankruptcy. Seterus, Inc. presently services this loan for the Creditor. Please add the following to the mailing matrix:

        Mark S. Middlemas
        Lundberg & Associates, PC
        3269 South Main Street, Suite 100
        Salt Lake City, UT 84115

DATED: November 8, 2017.

        LUNDBERG & ASSOCIATES, PC

        By /s/Mark S. Middlemas
        Mark S. Middlemas
        Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on November 8, 2017 I electronically filed the foregoing Appearance, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

    Leonard J. Carson
    Pearson, Butler & Carson, PLLC
    len@pearsonbutler.com
    ECF

    Russell G. Evans
    Pearson, Butler & Carson
    russell@pearsonbutler.com
    ECF
        Attorneys for Debtors

        /s/Mark S. Middlemas
        Mark S. Middlemas