# United States Bankruptcy Court
## District of Utah

In re: **Russell Carter Feller / Janell Kaye Feller**, Debtor(s)

Case No. **17-29673**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **November 30, 2017**

/s/ Russell Carter Feller
**Russell Carter Feller**
Signature of Debtor

Date: **November 30, 2017**

/s/ Janell Kaye Feller
**Janell Kaye Feller**
Signature of Debtor

Advanced Health and Pain
301 North 200 East #1
Saint George, UT 84770

Air Care Professionals
297 West Hilton Dr. #2
Saint George, UT 84770

Bennett Law
10542 South Jordan Gateway
Suite 200
South Jordan, UT 84095

Clarkson & Assoc.
162 North 400 East #A204
Saint George, UT 84771

Clarkson Draper & Beckstrom
PO Box 1630
Saint George, UT 84771

CU Recovery
26263 Forest Blvd.
Wyoming, MN 55092

Echo Global Logistics
3156 Quarry Rd. #J
Park City, UT 84098

Guglielmo & Associates
PO Box 41688
Tucson, AZ 85717

Johnson Mark
PO Box 7811
Sandy, UT 84091-7811

Keisuke Ishijima
6681 Country Club Dr.
Minneapolis, MN 55427

Law Offices of Edwin Parry
PO Box 25727
Salt Lake City, UT 84125

Mack Sorensen
1303 Canyon Trails Dr.
Dammeron Valley, UT 84783

Morris Sperry
7070 South Unon Park Center
Midvale, UT 84047

```
State Bank of Southern Utah
377 North Main
Cedar City, UT 84721

Steven Day & Snowfield Rock Products
1001 South Joe Cir.
Saint George, UT 84790

Utah Labor Commission
160 East 300 South, 3rd Floor
P O Box 146600
Salt Lake City, UT 84114-6600
```