Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Brian J. Porter (14291)
OFFICE CHAPTER 13 TRUSTEE
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## SOUTHERN DIVISION

| In re:<br><br>RUSSELL CARTER FELLER<br>JANELL KAYE FELLER<br><br>Debtors. | Case No. 17-29673<br>Chapter 13<br>Hon. William T. Thurman |
|---|---|

**NOTICE OF HEARING ON PRIOR CHAPTER 13 TRUSTEE'S MOTION TO DISMISS UNDER 11 U.S.C. § 1307(c) BECAUSE UNSECURED DEBT EXCEEDS CHAPTER 13 LIMIT**

**Objection Deadline: February 20, 2018
Hearing Date: March 1, 2018 at 2:30 p.m.**

PLEASE TAKE NOTICE that the Chapter 13 Trustee filed a Motion to Dismiss because it appears that the Debtors do not qualify for Chapter 13 relief under the secured debt limits of § 109(e).

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Chapter 13 Trustee filed a Motion to Dismiss because it appears that the Debtors do not qualify for Chapter 13 relief under the secured debt limits of § 109(e).

If you do not want the Court to grant the relief sought in the motion, then:

(1) on or before **February 20, 2018**, file with the Bankruptcy Court a written Objection, explaining your position, at:

      U.S. Bankruptcy Court
      350 South Main St., Room 301
      Salt Lake City, UT  84101

If you mail your response to the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it on or before the objection deadline stated above.  You must also mail a copy to:

      Lon A. Jenkins, Chapter 13 Trustee
      405 South Main St., Suite 600
      Salt Lake City, UT  84111

(2) attend a hearing which is set for **March 1, 2018 at 2:30 p.m.**, in Courtroom 2B, 5th District Court, State of Utah, 206 West Tabernacle, St. George, UT 84470.  **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

    If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without a hearing.

    DATED: January 26, 2018.

                                   /s/ Tami Gadd-Willardson
                                   TAMI GADD-WILLARDSON
                                   Attorney for Chapter 13 Trustee

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing paper was served on the following person on January 26, 2018

        LEONARD J. CARSON
          ECF Notification

        RUSSELL CARTER FELLER
        JANELL KAYE FELLER
        885 NORTH OLD FARMS ROAD
        DAMMERON VALLEY, UT 84783

        ATTACHED CREDITOR MAILING MATRIX


          /s/      Michelle Moses
        Office of the Chapter 13 Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 17-29673<br>District of Utah<br>Salt Lake City<br>Fri Jan 26 08:01:50 MST 2018 | Advanced Health and Pain<br>301 North 200 East #1<br>Saint George, UT 84770-3010 | Air Care Professionals<br>297 West Hilton Dr. #2<br>Saint George, UT 84770-2202 |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bennett Law<br>10542 South Jordan Gateway<br>Suite 200<br>South Jordan, UT 84095-4182 | CU Recovery<br>26263 Forest Blvd.<br>Wyoming, MN 55092-8033 |
| Leonard J. Carson<br>Pearson, Butler & Carson, PLLC<br>1802 West South Jordan Parkway<br>Suite 200<br>South Jordan, UT 84095-8497 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Clarkson & Assoc.<br>162 North 400 East #A204<br>Saint George, UT 84770-7137 |
| Clarkson Draper & Beckstrom<br>PO Box 1630<br>Saint George, UT 84771-1630 | Credit Protection Assoc<br>Po Box 802068<br>Dallas, TX 75380-2068 | Echo Global Logistics<br>3156 Quarry Rd. #J<br>Park City, UT 84098-4778 |
| Russell G. Evans<br>Pearson Butler & Carson<br>1802 West South Jordan Parkway<br>Suite 200<br>South Jordan, UT 84095-8497 | Janell Kaye Feller<br>885 North Old Farms Road<br>Dammeron Valley, UT 84783-5203 | Russell Carter Feller<br>885 North Old Farms Road<br>Dammeron Valley, UT 84783-5203 |
| Guglielmo & Associates<br>PO Box 41688<br>Tucson, AZ 85717-1688 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Johnson Mark<br>PO Box 7811<br>Sandy, UT 84091-7811 | Keisuke Ishijima<br>6681 Country Club Dr.<br>Minneapolis, MN 55427-4601 |
| Law Offices of Edwin Parry<br>PO Box 25727<br>Salt Lake City, UT 84125-0727 | Living Scriptures Inc<br>3625 Harrison Blvd<br>Ogden, UT 84403-2022 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>Warren MI 48090-2011 |
| Mack Sorensen<br>1303 Canyon Trails Dr.<br>Dammeron Valley, UT 84783-5506 | Mark S. Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Morris Sperry<br>7070 South Unon Park Center<br>Midvale, UT 84047-6009 |
| Seterus Inc<br>14523 Sw Millikan Way St<br>Beavertton, OR 97005-2352 | Southwest Community Cu<br>5700 Cleveland St<br>Virginia Beach, VA 23462-1752 | State Bank of Southern Utah<br>377 North Main<br>Cedar City, UT 84721-2639 |

```
Steven Day & Snowfield Rock Products      Synchrony Bank                                Transworld Systems Inc
1001 South Joe Cir.                       Care of PRA Receivables Management, LLC       Po Box 15520
Saint George, UT 84790-4024               PO Box 41021                                  Wilmington, DE 19850-5520
                                          Norfolk, VA 23541-1021


United States Trustee                     Utah Labor Commission                         Utah State Tax Commission
Washington Federal Bldg.                  160 East 300 South, 3rd Floor                 Attn: Bankruptcy Unit
405 South Main Street                     P O Box 146600                                210 North 1950 West
Suite 300                                 Salt Lake City, UT 84114-6600                 Salt Lake City, UT 84134-9000
Salt Lake City, UT 84111-3402


Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Internal Revenue Service
Attn: Special Procedures, Mail Stop 5021
50 South 200 East
Salt Lake City, UT 84111
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Federal National Mortgage Association ("        End of Label Matrix
                                                   Mailable recipients    36
                                                   Bypassed recipients     1
                                                   Total                  37
```