RUSSELL G. EVANS [7192]
PEARSON, BUTLER, & CARSON, PLLC
1802 South Jordan Parkway | Suite 200
South Jordan | Utah | 84095
Email: russell@pearsonbutler.com
Telephone: (801) 495-4104
Fax No.: (801) 254-9427

*Attorney for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: | Case No.: 17-29673 |
|---|---|
| RUSSELL CARTER FELLER<br>JANELL KAYE FELLER | Chapter 13 |
| Debtors. | [Filed Electronically] |

### STIPULATED MOTION TO CONTINUE CONFIRMATION HEARING

Debtors, through counsel, hereby move the Court to continue the Confirmation Hearing in this case for at least (60) days on the grounds that follow:

1. Debtors' confirmation hearing is scheduled for February 8, 2018.

2. The Chapter 13 Trustee and the Dammeron Valley Landowners Association, Inc. have filed an objection confirmation of the Debtor's plan.

3. Debtors asks for the hearing to be continued to allow more time to resolve the issues in the current objections.

WHEREFORE, Debtors hereby request that the Court continue the confirmation by at least 60 days, or such time as the Court deems appropriate

DATED this 5th day of February, 2018.

PEARSON BUTLER & CARSON, PLLC

By: /s/ Russell G. Evans
    Russell G. Evans
    Attorneys for Debtors

## CERTIFICATE OF SERVICE

I certify that on February 5, 2018 a true and correct copy of the foregoing Motion was served to the following persons via ECF notification or by U.S. Mail, postage prepaid:

Lon A. Jenkins
Chapter 13 Trustee
ECF Notification

U.S. Trustee's Office
ECF Notification

    /s/ Russell G. Evans
    Russell G. Evans