**[Form 755]** [Order Continuing Conf Hearing]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>Russell Carter Feller and Janell Kaye Feller<br>Debtor(s) | Case No. 17–29673<br>Chapter 13<br>Judge William T. Thurman |

## ORDER CONTINUING CONFIRMATION HEARING

This matter having come before the Court on debtor's motion to continue confirmation hearing. The Court, being fully advised in the premises and good cause appearing, it is hereby

ORDERED, that debtor's motion to continue confirmation hearing is granted and the confirmation hearing is hereby continued to April 26, 2018, at 10:30 AM, and it is further

ORDERED, that debtor(s) shall give notice of the continued confirmation hearing to all parties in interest. If the chapter 13 plan has been amended or modified, notice of the continued confirmation hearing may be included in a notice of amended or modified chapter 13 plan.

Dated: February 7, 2018

*/s/ William T. Thurman*
United States Bankruptcy Judge   (24)

United States Bankruptcy Court
District of Utah

In re:
Russell Carter Feller
Janell Kaye Feller
     Debtors

Case No. 17-29673-WTT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1088-2    User: bc    Page 1 of 1    Date Rcvd: Feb 07, 2018
                        Form ID: f755    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db/jdb         +Russell Carter Feller,    Janell Kaye Feller,    885 North Old Farms Road,
                Dammeron Valley, UT 84783-5203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
        Leonard J. Carson    on behalf of Joint Debtor Janell Kaye Feller len@pearsonbutler.com,
         kylie@pearsonbutler.com
        Leonard J. Carson    on behalf of Debtor Russell Carter Feller len@pearsonbutler.com,
         kylie@pearsonbutler.com
        Lon Jenkins tr    ecfmail@ch13ut.org,    lneebling@ch13ut.org
        Mark S. Middlemas    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
         LundbergECFmail@Lundbergfirm.com,    ecfmaildistgroup@lundbergfirm.com
        Quinn A. Sperry    on behalf of Creditor    Dammeron Valley Landowners Association, Inc.
         Quinn@morrissperry.com,    sydney@morrissperry.com
        Russell G. Evans    on behalf of Joint Debtor Janell Kaye Feller russell@pearsonbutler.com,
         kylie@pearsonbutler.com
        Russell G. Evans    on behalf of Debtor Russell Carter Feller russell@pearsonbutler.com,
         kylie@pearsonbutler.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                       TOTAL: 8