Russell G. Evans [7192]
PEARSON, BUTLER &CARSON, PLLC
1802 South Jordan Parkway | Suite 200
South Jordan | UT | 84095
Telephone: (801) 495-4104
Facsimile: (801) 254-9427
Email: russell@pearsonbutler.com

*Attorney for Debtor(s)*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL CARTER FELLER<br>JANELLE KAY FELLER<br><br>Debtors. | Case No.: 17-29673<br><br>Chapter 13<br><br>Judge: WILLIAM T. THURMAN<br><br>*Filed Electronically* |

### NOTICE OF CONTINUED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the confirmation hearing on Debtor's Chapter 13 plan will be held in the above captioned court located at 206 West Tabernacle, Courtroom 2B, St. George, UT 84770 on **April 26, 2018 at 10:30 A.M.**

DATED this 14th day of February 2018.

　　　　　　　　　　　　　　　　　PEARSON, BUTLER & CARSON, PLLC.

　　　　　　　　　　　　　　　　　/s/ Russell G. Evans
　　　　　　　　　　　　　　　　　Russell G. Evans
　　　　　　　　　　　　　　　　　Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served by ECF (as noted below), or addressed to the following persons, deposited in the U.S. Mail, first class, postage fully pre-paid on the __14th__ day of February, 2018 to the following:

Lon Jenkins
Chapter 13 Trustee
(ECF Notification)

Attached Mailing Matrix

                                  /s/ Russell G. Evans
                                  Russell G. Evans
                                  Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 17-29673<br>District of Utah<br>Salt Lake City<br>Wed Feb 14 10:01:29 MST 2018 | Advanced Health and Pain<br>301 North 200 East #1<br>Saint George, UT 84770-3010 | Air Care Professionals<br>297 West Hilton Dr. #2<br>Saint George, UT 84770-2202 |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bennett Law<br>10542 South Jordan Gateway<br>Suite 200<br>South Jordan, UT 84095-4182 | CU Recovery<br>26263 Forest Blvd.<br>Wyoming, MN 55092-8033 |
| Leonard J. Carson<br>Pearson, Butler & Carson, PLLC<br>1802 West South Jordan Parkway<br>Suite 200<br>South Jordan, UT 84095-8497 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Clarkson & Assoc.<br>162 North 400 East #A204<br>Saint George, UT 84770-7137 |
| Clarkson Draper & Beckstrom<br>PO Box 1630<br>Saint George, UT 84771-1630 | Credit Protection Assoc<br>Po Box 802068<br>Dallas, TX 75380-2068 | Dammeron Valley Landowners Association, Inc.<br>Morris Sperry<br>7070 South Union Park Center, Ste 220<br>Midvale, UT 84047-6009 |
| Dammeron Valley Landowners Association, Inc.<br>c/o Morris Sperry<br>7070 South Union Park Center, Ste 220<br>Midvale, UT 84047-6009 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Echo Global Logistics<br>3156 Quarry Rd. #J<br>Park City, UT 84098-4778 |
| Russell G. Evans<br>Pearson Butler & Carson<br>1802 West South Jordan Parkway<br>Suite 200<br>South Jordan, UT 84095-8497 | Janell Kaye Feller<br>885 North Old Farms Road<br>Dammeron Valley, UT 84783-5203 | Russell Carter Feller<br>885 North Old Farms Road<br>Dammeron Valley, UT 84783-5203 |
| Guglielmo & Associates<br>PO Box 41688<br>Tucson, AZ 85717-1688 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Johnson Mark<br>PO Box 7811<br>Sandy, UT 84091-7811 | Keisuke Ishijima<br>6681 Country Club Dr.<br>Minneapolis, MN 55427-4601 |
| Law Offices of Edwin Parry<br>PO Box 25727<br>Salt Lake City, UT 84125-0727 | Living Scriptures Inc<br>3625 Harrison Blvd<br>Ogden, UT 84403-2022 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>Warren MI 48090-2011 |
| Mack Sorensen<br>1303 Canyon Trails Dr.<br>Dammeron Valley, UT 84783-5506 | Mark S. Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Midland Credit Management, Inc. as agent for<br>Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 |

Morris Sperry
7070 South Unon Park Center
Midvale, UT 84047-6009

Seterus Inc
14523 Sw Millikan Way St
Beavertton, OR 97005-2352

Seterus, Inc.
P.O. Box 1047
Hartford, CT 06143-1047

Southwest Community Cu
5700 Cleveland St
Virginia Beach, VA 23462-1752

Quinn A. Sperry
Morris Sperry
7070 South Union Park Center
Suite 220
Midvale, UT 84047-6009

State Bank of Southern Utah
377 North Main
Cedar City, UT 84721-2639

Steven Day & Snowfield Rock Products
1001 South Joe Cir.
Saint George, UT 84790-4024

Synchrony Bank
Care of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Transworld Systems Inc
Po Box 15520
Wilmington, DE 19850-5520

United States Trustee
Washington Federal Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah Labor Commission
160 East 300 South, 3rd Floor
P O Box 146600
Salt Lake City, UT 84114-6600

Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Attn: Special Procedures, Mail Stop 5021
50 South 200 East
Salt Lake City, UT 84111


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal National Mortgage Association ("

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43