*Order prepared and submitted by:*
Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE CHAPTER 13 TRUSTEE
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone:  (801) 596-2884
Facsimile:    (801) 596-2898
Email:  utahtrusteemail@ch13ut.org

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>   RUSSELL CARTER FELLER<br>   JANELL KAYE FELLER<br><br>Debtors | Case No. 17-29673<br>Chapter 13<br>Hon. William T. Thurman |

### ORDER ON TRUSTEE'S MOTION TO DISMISS UNDER 11 U.S.C. § 1307(c) BECAUSE UNSECURED DEBT EXCEEDS CHAPTER 13 LIMIT

The Trustee filed a Motion to Dismiss Under 11 U.S.C. § 1307(c) because unsecured debt exceeds Chpater 13 Limit.  The Notice and Opportuinity for Hearing provided that if no response to the Motion was filed, the relief requested may be granted without further steps.  The objection deadline passed on February 20, 2018.  No objections

or responses to the Motion to Dismiss Under 11 U.S.C. § 1307(c) because unsecured debt

exceeds Chpater 13 Limit,

It is hereby:

**ORDERED THAT:**

1. The Trustee's Motion to Dismiss is hereby granted.

2. The Debtors' case shall be dismissed.

3. Of the funds being held in this case, the Trustee shall pay, to the extent funds

are available, the following claims in the following priority: (1) the allowed fee to the

Trustee under 28 U.S.C. § 586(e);  (2) adequate protection payments provided for in the

proposed plan, stipulated to by the parties, or ordered by the Court; (3) allowed

administrative expenses, including attorney's fees and costs in the total amount of $0.00,

less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such

funds to be returned to the Debtors  pursuant to 11 U.S.C. § 1326(a)(2) by a check made

payable to the Debtors'  and mailed to the Debtors' most recent address on file with the

Bankruptcy Court.

**END OF DOCUMENT**

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be to all parties and in the manner designated below:
By Electronic Service: I certify that the parties of record in this case as identified below
are registered CM/ECF users and will be served notice of entry of the foregoing Order
through the CM/ECF system:

LEONARD J. CARSON - ECF Notification

LON A. JENKINS - ECF NOTIFICATION


By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF
System, the following parties should be served notice pursuant to FRCP 5(b)


RUSSELL CARTER FELLER
JANELL KAYE FELLER
885 N OLD FARMS RD
DAMMERON VALLEY, UT  84783