**This order is SIGNED.**

**Dated: March 1, 2018**





**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

mpw

*Order prepared and submitted by:*
Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE CHAPTER 13 TRUSTEE
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone:  (801) 596-2884
Facsimile:   (801) 596-2898
Email:  utahtrusteemail@ch13ut.org

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### SOUTHERN DIVISION

| In re:<br><br>RUSSELL CARTER FELLER<br>JANELL KAYE FELLER<br><br>Debtors | Case No. 17-29673<br>Chapter 13<br>Hon. William T. Thurman |
|---|---|

**ORDER ON TRUSTEE'S MOTION TO DISMISS UNDER 11 U.S.C. § 1307(c) BECAUSE UNSECURED DEBT EXCEEDS CHAPTER 13 LIMIT**

The Trustee filed a Motion to Dismiss Under 11 U.S.C. § 1307(c) because unsecured debt exceeds Chpater 13 Limit.  The Notice and Opportunity for Hearing provided that if no response to the Motion was filed, the relief requested may be granted without further steps.  The objection deadline passed on February 20, 2018.  No objections

or responses to the Motion to Dismiss Under 11 U.S.C. § 1307(c) because unsecured debt exceeds Chpater 13 Limit,

It is hereby:

**ORDERED THAT:**

1. The Trustee's Motion to Dismiss is hereby granted.

2. The Debtors' case shall be dismissed.

3. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) the allowed fee to the Trustee under 28 U.S.C. § 586(e); (2) adequate protection payments provided for in the proposed plan, stipulated to by the parties, or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the total amount of $0.00, less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtors pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the Debtors' and mailed to the Debtors' most recent address on file with the Bankruptcy Court.

**END OF DOCUMENT**

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be to all parties and in the manner designated below:
By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

LEONARD J. CARSON - ECF Notification

LON A. JENKINS - ECF NOTIFICATION


By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF System, the following parties should be served notice pursuant to FRCP 5(b)


RUSSELL CARTER FELLER
JANELL KAYE FELLER
885 N OLD FARMS RD
DAMMERON VALLEY, UT 84783

United States Bankruptcy Court
District of Utah

```
In re:                                                          Case No. 17-29673-WTT
Russell Carter Feller                                           Chapter 13
Janell Kaye Feller
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: adw              Page 1 of 1         Date Rcvd: Mar 01, 2018
                              Form ID: pdfor1        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db/jdb        +Russell Carter Feller,   Janell Kaye Feller,   885 North Old Farms Road,
               Dammeron Valley, UT 84783-5203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
              Leonard J. Carson    on behalf of Joint Debtor Janell Kaye Feller len@pearsonbutler.com,
               kylie@pearsonbutler.com
              Leonard J. Carson    on behalf of Debtor Russell Carter Feller len@pearsonbutler.com,
               kylie@pearsonbutler.com
              Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
              Mark S. Middlemas    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
              Quinn A. Sperry    on behalf of Creditor    Dammeron Valley Landowners Association, Inc.
               Quinn@morrissperry.com, sydney@morrissperry.com
              Russell G. Evans    on behalf of Joint Debtor Janell Kaye Feller russell@pearsonbutler.com,
               kylie@pearsonbutler.com
              Russell G. Evans    on behalf of Debtor Russell Carter Feller russell@pearsonbutler.com,
               kylie@pearsonbutler.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 8